UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAY D. BATES,

        Plaintiff,

                                          Civil No. 07-6129 HA

    v.

                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying plaintiff's application for SSI benefits is AFFIRMED.

       Dated this __4__ day of August, 2008.

                                                /s/ ANCER L. HAGGERTY
                                                 ANCER L. HAGGERTY
                                            UNITED STATES DISTRICT JUDGE